UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
KLASSIK NELSON,

                         Plaintiff,                        **<u>ORDER</u>**

      - against -                          07-CV-2055 (RRM)(ARL)

JPMORGAN CHASE BANK, N.A.,

                          Defendant.
--------------------------------------------------X
MAUSKOPF, United States District Judge.

      Upon reviewing the record, and all of the submissions of the parties, Plaintiff's requests

for sanctions and other relief [Docket Nos. 48, 60 and 63] are DENIED on the following bases:

      (1) Plaintiff's objections to the appearances of defendants' counsel of record are moot.

All have filed notices of appearances in this matter.  New counsel of record for Defendant

Nektolov, Mr. Blumen, has filed a notice of appearance, albeit after he filed papers in this matter,

and has expressly represented that he has been substituted as counsel in place of Mr. Dayan.

Under the circumstances surrounding this change of representation, as outlined in Mr. Blumen's

submission [Docket No. 58], the Court declines to impose sanctions.  However, the Court directs

Mr. Dayan to file the appropriate request for Court permission to be relieved as attorney for

Defendant Netkolov.

        (2) The Court also recognizes that, as of this date, Attorneys Blumen, Dayan and Zaino

are each properly admitted before this Court and are respectively the attorneys of record for

defendants Nektolov, Funding Unlimited Inc. and JPMorgan Chase Bank, N.A.  To the extent

that any of the above attorneys, or their affiliates, filed submissions with this Court prior to either

their EDNY admission date or the approval of an appropriate <u>pro hac vice</u> application, the Court

acknowledges those submissions on a <u>nunc pro tunc</u> basis.  Any further submissions to this Court

will be accepted only where executed by the individual attorney of record; any other attorney wishing to execute any submission on defendants' behalf, including attorneys affiliated with the individual attorneys of record, may do so only upon the filing a proper notice of appearance with this Court. All attorneys are reminded of their continuing obligations to adhere to the local rules of this District and to abide by this Court's individual Rules and Practices.

(3) Plaintiff's request for Rule 11 sanctions against Defendants for seeking summary judgment is DENIED with leave to renew as appropriate following this Court's determination of the pending dispositive motions.

The Clerk of the Court is hereby directed to serve a copy of this Order on the pro se Plaintiff.

SO ORDERED.


Dated: Brooklyn, New York
      November 20, 2008

s/RRM

_____
ROSLYNN R. MAUSKOPF
United States District Judge